James H. Fosbinder #7070
IVEY FOSBINDER FOSBINDER LLLC
A LIMITED LIABILITY LAW COMPANY
1883 Mill Street
Wailuku, Hawaii  96793
Telephone:  (808)242-4956
Facsimile: (808)249-0668
Email: jfosbinder@iff-law.com

Attorneys for Plaintiff
CHESTER A.K. DILLEY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF HAWAII**

| | |
|---|---|
| CHESTER A.K. DILLEY, INDIVIDUALLY AND AS TRUSTEE OF THE CHESTER DILLEY SR. REVOCABLE TRUST DATED OCTOBER 14, 1993,<br><br>    Plaintiff,<br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE FINANCIAL CORPORATION; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23CB; Does 1-50.<br><br>    Defendants. | Civil No: 11-00168 DAE BNK<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF; CERTIFICATE OF SERVICE** |

///

///

### **NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF**

The Plaintiff CHESTER A.K. DILLEY, Individually and as Trustee of The Chester Dilley Sr. Revocable Trust dated October 14, 1993, by and through his undersigned attorney, hereby gives notice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) of the voluntary dismissal of the above-entitled action.  Plaintiff further states as follows:

1. There has been no prior dismissal by the Plaintiff of any federal or state court action based on or including the same claim(s) as presented by the Plaintiff in his complaint in this case.

2. Such dismissal is without prejudice and is not on the merits.

Dated: October 6, 2011, at Wailuku, Hawaii.

                                        IVEY FOSBINDER FOSBINDER LLLC
                                        A LIMITED LIABILITY LAW COMPANY

                                        __/s/James H. Fosbinber/_____
                                        JAMES H. FOSBINDER
                                        *Attorney for Plaintiffs*